IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE INC., et al. | : | NO. 14-5151 |

ORDER

AND NOW, this 6th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants AbbVie, Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, and Teva Pharmaceuticals USA, Inc. to dismiss Count II of the complaint (Doc. # 37) is GRANTED; and

(2)  the motion of defendants AbbVie, Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, and Besins Healthcare, Inc. to dismiss Count I of the complaint to the extent Count I is premised on the settlement agreements that resolved <u>Abbott Products Inc. v. Teva Pharmaceuticals USA, Inc.</u>, Civil Action No. 11-384 (D. Del.) (Doc. # 37) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                                    J.