IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE INC., et al. | : | NO. 14-5151 |

<u>ORDER</u>

AND NOW, this 25th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff the Federal Trade Commission for reconsideration (Doc. # 110) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.