IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE, INC., et al. | : | NO. 14-5151 |

ORDER

AND NOW, this 14th day of December, 2015, following in camera review and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motions of plaintiff Federal Trade Commission to compel AbbVie, Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC (collectively "AbbVie") and Besins Healthcare, Inc. ("Besins") to produce documents (Docs. # 122 and 124) are GRANTED in part and DENIED in part:

(1)  Besins shall produce forthwith the following challenged documents as they are not protected by the attorney-client privilege or work product doctrine: document 1 (Besins-OldPriv-0000121 to Besins-OldPriv-0000123) and document 2 (Besins-0490016 to Besins-0490019);

(2)  AbbVie shall produce forthwith the following challenged documents as they are not protected by the attorney-client privilege or work product doctrine: document 19 (AGEL-PA-006-0001386), document 20 (AGEL-PA-006-0000008, AGEL-PA-006-

0000010), document 22 (AGEL-PA-006-0000138, redaction under diagnostics on AGEL-PA-006-0000139), document 23 (AGEL-PA-006-0000145), document 24 (AGEL-PA-006-0000155), document 25 (AGEL-PA-006-0000165-R, AGEL-PA-006-0000167-R), document 26 (AGEL-PA-006-0000177, AGEL-PA-006-0000180), document 27 (AGEL-PA-006-0000190, AGEL-PA-006-0000193), document 29 (AGEL-PA-006-0000212), document 30 (AGEL-PA-006-0000219), document 35 (AGEL-PA-006-0001506 to AGEL-PA-006-0001509), document 36 (AGEL-PA-006-0001425 to AGEL-PA-006-0001427), document 37 (AGEL-PA-006-0001419 to AGEL-PA-006-0001421), document 38 (AGEL-PA-006-0001521 to AGEL-PA-006-0001522), document 39 (AGEL-PA-006-0001413, AGEL-PA-006-0001416), document 41 (portions relating to Androgel on AGEL-PA-006-0001492, AGEL-PA-006-0001498); and

    (3) the motion of the FTC to compel AbbVie and Besins to produce documents is otherwise DENIED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III_____
                                                                     J.