## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FEDERAL TRADE COMMISSION,**

       **Plaintiff,**

       **v.**

**ABBVIE INC., et al.,**

       **Defendants.**

**Case Number: 2:14-CV-5151-HB**

**Notice of Filing Under Seal of Plaintiff Federal Trade Commission's
Memorandum in Support of Its Motion to Compel AbbVie Defendants
to Produce Documents Improperly Withheld on Privilege
Grounds from their Pennsylvania Privilege Logs**

In accordance with Paragraph 8 of the Protective Order (Dkt. No. 86), Plaintiff Federal Trade Commission hereby serves notice of the filing under seal of its Memorandum in Support of Plaintiff Federal Trade Commission's Motion to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Pennsylvania Privilege Logs ("FTC's Memorandum") and Exhibits 1-18. The FTC's Memorandum and accompanying exhibits are being served today upon counsel of record for Defendants via electronic mail. A paper copy of the materials to be filed under seal is being sent via overnight delivery to the Clerk of Court and Judge Bartle's Chambers.

Dated: June 30, 2016

Respectfully submitted,

*/s/ Patricia M. McDermott*
Patricia M. McDermott
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2569
pmcdermott@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

**<u>Certificate of Service</u>**

I hereby certify that on June 30, 2016, I caused the Notice of Filing Under Seal of Plaintiff Federal Trade Commission's Memorandum in Support of Its Motion to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Pennsylvania Privilege Logs to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. I certify that I also caused this filing to be served on all counsel of record via electronic mail.

<u>*/s/ Patricia M. McDermott*</u>
Patricia M. McDermott