IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ABBVIE INC., et al.,**<br><br>Defendants. | Case Number: 2:14-CV-5151-HB |

**Plaintiff Federal Trade Commission's Motion to Compel AbbVie Defendants
to Produce Documents Improperly Withheld on Privilege
Grounds from their Pennsylvania Privilege Logs**

Plaintiff Federal Trade Commission moves to compel Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC to produce certain documents that they have improperly withheld or redacted on claims of attorney-client privilege and work-product protection. The accompanying memorandum sets forth the grounds for this motion. A proposed order and certification pursuant to Local R. Civ. P. 26.1(f) are also attached.

Dated: June 30, 2016                               Respectfully submitted,

                                                   */s/ Patricia M. McDermott*
                                                   Patricia M. McDermott
                                                   Federal Trade Commission
                                                   600 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20580
                                                   (202) 326-2569
                                                   pmcdermott@ftc.gov

                                                   *Counsel for Plaintiff*
                                                   *Federal Trade Commission*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**ABBVIE INC., et al.,**<br><br>      **Defendants.** | Case Number: 2:14-CV-5151-HB |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2016, upon consideration of Plaintiff Federal Trade Commission's Motion to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Pennsylvania Privilege Logs ("FTC's Motion to Compel"), and any response thereto, it is hereby ORDERED that the FTC's Motion to Compel is GRANTED.

It is further ORDERED that, within seven days of this Order, Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC must produce to the FTC unredacted versions of all documents listed in Exhibit 1 to the FTC's Motion to Compel.

 

                                                                                 _____
                                                                                 The Honorable Harvey Bartle, III
                                                                                 United States District Court Judge

**Certificate of Service**

I hereby certify that on June 30, 2016, I caused the public version of Plaintiff Federal Trade Commission's Motion to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Pennsylvania Privilege Logs to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. I certify that I also caused both the public and unredacted versions of this filing to be served on all counsel of record via electronic mail.

                                                        */s/ Patricia M. McDermott*
                                                        Patricia M. McDermott