# Exhibits 1-18

# Filed Under Seal