Filed Under Seal

# Memorandum in Support of Plaintiff Federal Trade Commission's Motion to Compel the AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Georgia Logs