Filed Under Seal

# Exhibits 1-10