# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 14-cv-5151 |
| v. | |
| ABBVIE INC. et al., | |
| Defendants. | |

## ABBVIE DEFENDANTS' NOTICE OF *IN CAMERA* SUBMISSION

In accordance with the Court's June 3, 2016 Order (Dkt. 179), the AbbVie Defendants hereby provide notice that they submitted for the Court's *in camera* review two binders containing copies of the documents that remain at issue in the Federal Trade Commission's Motions to Compel the AbbVie Defendants to produce or remove redactions from documents on their privilege logs (Dkt. 190 and Dkt. 192).

Dated: July 14, 2016

Respectfully submitted,

/s/ *Paul H. Saint-Antoine*
Paul H. Saint-Antoine (ID #56224)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com

Jeffrey I. Weinberger
Stuart N. Senator
Adam R. Lawton
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Los Angeles, CA 90071
(213) 683-3100
jeffrey.weinberger@mt.com
stuart.senator@mto.com
adam.lawton@mto.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC*

## CERTIFICATE OF SERVICE

I certify that, on July 14, 2016, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

*/s/ Paul H. Saint-Antoine*
Paul H. Saint-Antoine
