# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 14-cv-5151 |
| v. | |
| ABBVIE INC. et al., | |
| Defendants. | |

### NOTICE OF FILING UNDER SEAL OF OPPOSITION
### TO FTC'S MOTION "CHALLENGING THE SUFFICIENCY
### OF DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION"

In accordance with paragraph 8 of the Protective Order (Dkt. 86), Defendants hereby provide notice that the Defendants' Opposition to FTC's Motion "Challenging the Sufficiency of Defendants' Responses to Requests for Admission" and declarations and exhibits in support thereof are being filed under seal. The documents are being served today upon counsel for all parties via email. A paper copy of the documents to be filed under seal will be delivered to the Clerk of the Court and to chambers by hand delivery on or about July 15, 2016.

| | |
|---|---|
| Dated: July 14, 2016 | Respectfully submitted, |

/s/ Melinda F. Levitt                                        /s/ Adam R. Lawton
Gregory E. Neppl                                          Jeffrey I. Weinberger
Melinda F. Levitt                                            Stuart N. Senator
FOLEY & LARDNER LLP                              Adam R. Lawton
3000 K Street NW, Suite 500                      MUNGER, TOLLES & OLSON LLP
Washington, DC 20007                               355 S. Grand Avenue
                                                                       Los Angeles, CA 90071
*Counsel for Defendant Besins Healthcare, Inc.*   (213) 683-9100
                                                                       jeffrey.weinberger@mto.com
                                                                       stuart.senator@mto.com
                                                                       adam.lawton@mto.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC*

Paul H. Saint-Antoine (ID #56224)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, and Besins Healthcare, Inc.*

1

2

**CERTIFICATE OF SERVICE**

     I certify that, on July 14, 2016, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system.  The document is available for viewing and downloading.

     /s/ Adam R. Lawton

2