# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 14-cv-5151 |
| v. | |
| ABBVIE INC. et al., | |
| Defendants. | |

### NOTICE OF FILING UNDER SEAL OF OPPOSITION TO FTC'S MOTION TO COMPEL THE ABBVIE DEFENDANTS TO "PRODUCE BOARD OF DIRECTORS DOCUMENTS DISCUSSING THE MARKETING OR SALE OF ANDROGEL"

In accordance with paragraph 8 of the Protective Order (Dkt. 86), the AbbVie Defendants hereby provide notice that the AbbVie Defendants' Opposition to FTC's Motion to Compel the AbbVie Defendants to "Produce Board of Directors Documents Discussing the Marketing or Sale of AndroGel" and declarations and exhibits in support thereof are being filed under seal. The documents are being served today upon counsel for all parties via email. A paper copy of the documents to be filed under seal will be delivered to the Clerk of the Court and to chambers by hand delivery on or about July 15, 2016.

| | |
|---|---|
| Dated: July 14, 2016 | Respectfully submitted,<br><br>/s/ Adam R. Lawton<br>Jeffrey I. Weinberger<br>Stuart N. Senator<br>Adam R. Lawton<br>MUNGER, TOLLES & OLSON LLP<br>355 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 683-9100<br>jeffrey.weinberger@mto.com<br>stuart.senator@mto.com<br>adam.lawton@mto.com<br><br>Paul H. Saint-Antoine (ID #56224)<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>(215) 988-2700<br>paul.saint-antoine@dbr.com<br><br>*Counsel for Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on July 14, 2016, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system.  The document is available for viewing and downloading.

<u>/s/ Adam R. Lawton</u>

2