# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 14-cv-5151 |
| v. | |
| ABBVIE INC. et al., | |
| Defendants. | |

### NOTICE OF FILING UNDER SEAL OF OPPOSITION TO FTC'S SEPARATELY-FILED MOTIONS TO COMPEL ABBVIE DEFENDANTS TO PRODUCE PRIVILEGED DOCUMENTS FROM THEIR GEORGIA AND PENNSYLVANIA PRIVILEGE LOGS

In accordance with paragraph 8 of the Protective Order (Dkt. 86), the AbbVie Defendants hereby provide notice that the AbbVie Defendants' Opposition to FTC's Separately-Filed Motions to Compel AbbVie Defendants to Produce Privileged Documents from Their Georgia and Pennsylvania Privilege Logs and declarations and exhibits in support thereof are being filed under seal.  The documents are being served today upon counsel for all parties via email.  A paper copy of the documents to be filed under seal will be delivered to the Clerk of the Court and to chambers by hand delivery on or about July 15, 2016.

Dated: July 14, 2016

Respectfully submitted,

/s/ Adam R. Lawton
Jeffrey I. Weinberger
Stuart N. Senator
Adam R. Lawton
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
jeffrey.weinberger@mto.com
stuart.senator@mto.com
adam.lawton@mto.com

Paul H. Saint-Antoine (ID #56224)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on July 14, 2016, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

<u>/s/ Adam R. Lawton</u>