# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ABBVIE INC., et al.,**<br><br>Defendants. | Case Number: 2:14-CV-5151-HB |

**Notice of Filing Under Seal of Plaintiff Federal Trade Commission's
Reply Memorandum in Support of its Motions to Compel the AbbVie Defendants
to Produce Documents Improperly Withheld on Privilege Grounds
from their Georgia and Pennsylvania Privilege Logs**

In accordance with Paragraph 8 of the Protective Order (Dkt. 86), Plaintiff Federal Trade Commission ("FTC") hereby serves notice of the filing under seal of its Reply Memorandum in Support of its Motions to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Georgia and Pennsylvania Privilege Logs, including a declaration and exhibits in support thereof. The FTC is filing these documents under seal because they reference materials Defendants designated as confidential or highly confidential; the FTC intends to file a public, redacted version of these documents as soon as practicable. The documents are being served today upon counsel of record for Defendants via electronic mail. A paper copy of the documents to be filed under seal is being sent via overnight delivery to the Clerk of Court and Judge Bartle's Chambers.

Dated: July 21, 2016                                          Respectfully submitted,

                                                              */s/ Patricia M. McDermott*
                                                              Patricia M. McDermott

        Federal Trade Commission
        600 Pennsylvania Avenue, N.W.
        Washington, D.C. 20580
        (202) 326-2569
        pmcdermott@ftc.gov

        *Counsel for Plaintiff*
        *Federal Trade Commission*

**Certificate of Service**

      I hereby certify that on July 21, 2016, I caused the Notice of Filing Under Seal of Plaintiff Federal Trade Commission's Reply Memorandum in Support of its Motions to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Georgia and Pennsylvania Privilege Logs to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. I certify that I also caused this filing to be served on all counsel of record via electronic mail.

                                                          */s/ Patricia M. McDermott*
                                                          Patricia M. McDermott