**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ABBVIE INC., et al.,**<br><br>    Defendants. | Case Number: 2:14-CV-5151-HB |

**Notice of Filing Under Seal of Plaintiff Federal Trade Commission's
Reply Memorandum in Support of its Motion Challenging the
Sufficiency of Defendants' Responses to Requests for Admission**

In accordance with Paragraph 8 of the Protective Order (Dkt. 86), Plaintiff Federal Trade Commission hereby serves notice of the filing under seal of its Reply Memorandum in Support of its Motion Challenging the Sufficiency of Defendants' Responses to Requests for Admission, including a declaration and exhibit in support thereof. The documents are being served today upon counsel of record for Defendants via electronic mail. A paper copy of the documents to be filed under seal is being sent via overnight delivery to the Clerk of Court and Judge Bartle's Chambers.

Dated: July 21, 2016

Respectfully submitted,

*/s/ Patricia M. McDermott*
Patricia M. McDermott
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2569
pmcdermott@ftc.gov

*Counsel for Plaintiff
Federal Trade Commission*

**Certificate of Service**

I hereby certify that on July 21, 2016, I caused the Notice of Filing Under Seal of Plaintiff Federal Trade Commission's Reply Memorandum in Support of its Motion Challenging the Sufficiency of Defendants' Responses to Requests for Admission to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. I certify that I also caused this filing to be served on all counsel of record via electronic mail.

*/s/ Patricia M. McDermott*
Patricia M. McDermott
