**Certificate of Service**

    I hereby certify that on July 22, 2016, I caused the public, redacted version of Plaintiff Federal Trade Commission's Memorandum in Support of its Motion to Compel AbbVie Defendants to Produce Documents Improperly Withheld on Privilege Grounds from their Georgia Privilege Logs, including a declaration and exhibits in support thereof, to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

                                                        */s/ Peter J. Taylor*
                                                        Peter J. Taylor