IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE INC., et al. | : | NO. 14-5151 |

ORDER

AND NOW, this 25th day of August, 2016, following in camera review and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  the motions of plaintiff Federal Trade Commission to compel defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals LLC to produce documents (Docs. # 190 and 192) are GRANTED in part and DENIED in part;

(2)  the defendants shall produce forthwith the following challenged documents from the Pennsylvania privilege log as they are not protected by the attorney-client privilege or work product doctrine: 98, 538, 539, 600, 656, 711, 724, 726, 727, 839, 921, 1071, 1178, 1259, 1260, 1261, 1309, 1445, 1452, 1482, 1485, 1487, 1494, 1513, 1732, 1739, 2103, 2412, 2488, and 2489;

(3)  the defendants shall produce forthwith the following challenged documents from the Georgia privilege log as they are not protected by the attorney-client privilege or work product doctrine: 972, 973, 1033, 1058, 1321, 2913, 2919, 2920, 2921, 2922, 2926, 2932, 2933, 2934, 2967, 2974, 2981, 2982,

2987, 2989, 2995, 3001, 3002, 3040, 3041, 3101, 3379, 4605, 5032, the redacted text under item "4" in 6984, 8230, 8258, 8274, 8344, 8347, and 8679; and

    (4)  the motions of the plaintiff to compel the defendants to produce documents are otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                          J.