IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION        :            CIVIL ACTION
                                :
        v.                      :
                                :
ABBVIE INC., et al.             :            NO. 14-5151

FOURTH SCHEDULING ORDER

AND NOW, this 8th day of September, 2016, following a status conference with counsel, it is hereby ORDERED that:

(1)  The Third Scheduling Order dated December 8, 2015 (Doc. # 143) is VACATED.

(2)  All fact depositions shall be noticed and completed on or before November 15, 2016.

(3)  Plaintiff shall serve, on or before November 15, 2016, the identity and curriculum vitae of any expert witnesses.

(4)  Plaintiff shall serve, on or before December 15, 2016, any reports of expert witnesses with respect to issues on which it has the burden of proof and any responsive reports of expert witnesses with respect to those declarations previously submitted by defendants in support of the pending motion for summary judgment (Doc. # 59).

(5)  Defendants shall serve, on or before December 30, 2016, the identity and curriculum vitae of any expert witnesses.

(6)   Defendants shall serve, on or before January 31, 2017, any reports of expert witnesses with respect to issues on which they have the burden of proof and any supplemental or responsive reports of expert witnesses.

(7)   Plaintiff shall serve, on or before March 1, 2017, any rebuttal reports of expert witnesses limited to new issues raised in the expert reports of defendants served pursuant to the above paragraph.

(8)   Any depositions of expert witnesses shall be noticed and completed on or before May 1, 2017.

(9)   Defendants shall file and serve, on or before June 5, 2017, a revised brief in support of its pending motion for summary judgment.

(10) Plaintiff shall file and serve, on or before June 5, 2017, any cross-motion for summary judgment, together with supporting brief.

(11) Any responsive brief to any summary judgment motion shall be filed and served on or before July 10, 2017.

(12) Any reply brief shall be filed and served on or before July 26, 2017.

(13) No brief filed in support of or in opposition to any motion shall exceed 30 pages in length without prior leave of Court.

(14) Every factual assertion set forth in <u>any</u> brief shall be supported by a citation to the record where that fact may be found.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.