IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE INC., et al. | : | NO. 14-5151 |

ORDER

AND NOW, this 15th day of September, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motions of defendants AbbVie Inc., Abbott Laboratories, Unimed Pharmaceuticals LLC, and Besins Healthcare Inc. for summary judgment on Count One of the complaint (Docs. ## 59, 241) are DENIED; and

(2) the motion of the plaintiff Federal Trade Commission for partial summary judgment on the objective baselessness element of the sham litigation prong of its monopolization claim (Doc. # 242) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.