```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBVIE INC., et al. | : | NO. 14-5151 |

## FIFTH SCHEDULING ORDER

AND NOW, this 2nd day of October, 2017, following a status conference with counsel, it is hereby ORDERED that:

(1)  Defendants shall produce to Plaintiff on or before October 12, 2017 the additional financial data needed for Plaintiff's expert Dr. Carl Shapiro to update his expert report.

(2)  Plaintiff shall serve, on or before October 27, 2017, any supplemental expert report of Dr. Shapiro.

(3)  Defendants shall serve, on or before November 10, 2017, any supplemental expert report in response to the supplemental expert report of Dr. Shapiro.

(4)  Any depositions of expert witnesses related solely to their supplemental expert reports shall be noticed and completed on or before November 22, 2017.

(5)  All parties shall file and serve their trial witness list as follows:

   A. Plaintiff – on or before November 15, 2017; and

   B. Defendants – on or before November 29, 2017.

(6) All parties shall file and serve their Pretrial Memoranda, in accordance with this Order and Local Rule of Civil Procedure 16.1(c), and any motions in limine as follows:

   A. Plaintiff – on or before December 6, 2017; and

   B. Defendants – on or before December 15, 2017.

(7) Any party having an objection to: (A) the admissibility for any reason (except relevancy) of any evidence expected to be offered or (B) the adequacy of the qualifications of an expert witness expected to testify shall set forth separately each such objection in its Pretrial Memorandum. Such objection shall describe with particularity the ground and the legal authority for the objection.

(8) The Pretrial Memorandum shall also identify the other significant legal issues involved in the case, together with appropriate citations and other legal authority.

(9) The parties shall file and serve any responses in opposition to motions in limine on or before January 5, 2018.

(10) No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of Court.

(11) Every factual assertion set forth in any brief shall be supported by a citation to the record where that fact may be found.

(12) Trial will commence on Monday, January 29, 2018 at 9:30 a.m.  Counsel are directed to appear in chambers for a pretrial conference at 9:00 a.m.

(13) Before commencement of trial, counsel shall pre-mark and exchange all exhibits.  The Court should be supplied with _two_ (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.