IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION          :          CIVIL ACTION
                                  :
          v.                      :
                                  :
ABBVIE INC., et al.               :          NO. 14-5151

SIXTH SCHEDULING ORDER

AND NOW, this 30th day of October, 2017, following a telephone conference with counsel, it is hereby ORDERED that:

(1)  The Fifth Scheduling Order dated October 2, 2017 is VACATED.

(2)  Defendants shall serve, on or before November 10, 2017, any supplemental expert report in response to the supplemental expert report of Dr. Carl Shapiro.

(3)  Any depositions of expert witnesses related solely to their supplemental expert reports shall be noticed and completed on or before November 22, 2017.

(4)  All parties shall file and serve their trial witness list as follows:

        A. Plaintiff – on or before November 15, 2017.

        B. Defendants – on or before November 29, 2017.

(5)  All parties shall file and serve their Pretrial Memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1(c) as follows:

        A. Plaintiff – on or before December 6, 2017.

B. Defendants – on or before December 15, 2017.

(6)  The Pretrial Memorandum shall identify the significant legal issues involved in the case, together with appropriate citations and other legal authority.  It shall also include the parties' designations of deposition testimony to be offered at trial.

(7)  All parties shall file and serve Supplemental Pretrial Memoranda with counter-designations of deposition testimony on or before January 5, 2018.

(8)  All parties shall file and serve any motions in limine on or before January 10, 2018.[1]

(9)  Any responses to the motions in limine shall be filed and served on or before January 24, 2018.

(10) No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of Court.

(11) Every factual assertion set forth in any brief shall be supported by a citation to the record where that fact may be found.

(12) On or before January 31, 2018, counsel shall pre-mark and exchange all exhibits.  The Court should be supplied

---

1.  The parties are cautioned against flooding the Court with motions in limine.  The Court expects the parties to file such motions only for compelling reasons and not for every possible evidentiary objection.

with <u>two</u> (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

      (13) Trial will commence on Wednesday, February 7, 2018 at 9:30 a.m.  Counsel are directed to appear in chambers for a pretrial conference at 9:00 a.m.

                                        BY THE COURT:


                                    /s/ Harvey Bartle III
                                                         J.