# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| |
|---|
| **FEDERAL TRADE COMMISSION,** |
| Plaintiff, |
| v. |
| **ABBVIE INC., et al.,** |
| Defendants. |

Case Number: 2:14-CV-5151-HB

**PLAINTIFF FEDERAL TRADE COMMISSION'S
SUPPLEMENTAL PRE-TRIAL MEMORANDUM**

Pursuant to paragraph 7 of the Court's Sixth Scheduling Order (Dkt. 310), Plaintiff Federal Trade Commission ("FTC") submits the following Supplemental Pre-trial Memorandum. The FTC incorporates by reference its original Pre-trial Memorandum filed with the Court on December 6, 2017. (Dkt. 319).

## VIII. Amended Schedule of Exhibits

An amended schedule of exhibits to be offered into evidence at trial is attached hereto as Appendix C (Amended). The FTC submits this amended schedule to correct: (1) an error in the numbering of the FTC's exhibits that inadvertently identified two documents as PLX 157 and (2) several minor typograhical errors and/or unclear descriptions in the entries for PLX016, PLX026, PLX039, PLX040, PLX046, PLX079, PLX095, PLX106, PLX109, PLX259, PLX293, and PLX294. This amended schedule does not contain any substantive changes or add any new exhibits to the schedule that the FTC filed with the Court with its Pre-trial Memorandum on December 6, 2017.

**IX. Deposition Counter-Designations**

The FTC's counter-designations to Defendants' deposition designations are attached as Appendix D.

This Court's Sixth Scheduling Order requires that the parties' pretrial memoranda "include the parties' designations of deposition testimony to be offered at trial." (Dkt. 310). Defendants submitted designations of deposition testimony for three witnesses with their December 15, 2017 Pre-trial Memorandum: Maureen Cavanaugh, Andrew Solomon, and Dr. Francis Hayes. Defendants' pre-trial memorandum then purports to "reserve the right to offer deposition testimony" for any other witness on Defendants' witness list who is unavailable. (*See* Dkt. 322, Appendix A-1 and A-2). However, Defendants failed to submit designations of the deposition testimony for any other designated witness with their pre-trial memorandum, the vast majority of whom are under Defendants' control. Given Defendants' failure to adhere to the Court's deadline for exchanging and submitting such designations (Dkt. 310, ¶ 6), Defendants should be precluded from offering at trial any other witness through videotaped deposition testimony or deposition transcripts besides Ms. Cavanaugh, Mr. Solomon, and Dr. Hayes (if they are unavailable). Allowing Defendants to effectively grant themselves a waiver or extension of the Court's deadline and affirmatively introduce deposition testimony without providing designations in accordance with the Sixth Scheduling Order unduly prejudices the FTC in its trial planning and deprives the FTC of the opportunity to review the designations, prepare any objections, and provide appropriate counter-designations.

**X. Reservation of Rights**

The FTC reserves the right to offer into evidence at trial any document identified on Defendants' Schedule of Exhibits filed with Defendants' Pretrial Memorandum on December 15, 2017, any exhibit introduced by Defendants at trial, any exhibit necessary for rebuttal, and any documents produced by Defendants after the filing of this Supplemental Pre-trial Memorandum. In

addition, the FTC reserves all objections to any document included on Defendants' Schedule of Exhibits filed on December 15, 2017.

The FTC likewise reserves its right to object to any individual included on Defendants' trial witness list who was not previously identified pursuant to Rule 26(a)(1) as a person that Defendants may use to support their defenses or who was not made available for deposition during discovery by Defendants. The FTC plans to file a motion to preclude the testimony of certain witnesses included on Defendants' trial witness list on this basis.

Dated: January 5, 2018                                          Respectfully submitted,


*/s/ Patricia M. McDermott*
Patricia M. McDermott

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2569
pmcdermott@ftc.gov

# Appendix C (Amended)

# Filed Under Seal

# Appendix D

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Deposition Designations with FTC Counter-Designations
**Maureen Cavanaugh (9/13/2016)**

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 10 | 14 | 10 | 20 | |
| 11 | 3 | 11 | 6 | |
| 11 | 8 | 11 | 10 | |
| 11 | 12 | 13 | 2 | |
| 13 | 4 | 13 | 6 | |
| 13 | 19 | 15 | 10 | |
| 15 | 12 | 15 | 14 | |
| 15 | 17 | 16 | 7 | |
| 16 | 9 | 16 | 16 | |
| 16 | 23 | 17 | 10 | |
| 17 | 14 | 17 | 25 | |
| 18 | 3 | 18 | 5 | 18:6-18:7 |
| 18 | 8 | 18 | 8 | |
| 18 | 10 | 18 | 13 | 18:14-18:15 |
| 18 | 16 | 18 | 16 | |
| 18 | 18 | 19 | 16 | 19:17-19:18 |
| 19 | 19 | 19 | 25 | |
| 20 | 3 | 20 | 7 | |
| 21 | 7 | 21 | 13 | |
| 21 | 17 | 21 | 23 | |
| 21 | 25 | 24 | 21 | |
| 25 | 2 | 25 | 11 | |
| 25 | 13 | 27 | 14 | |
| 27 | 20 | 27 | 22 | |
| 27 | 25 | 29 | 6 | |
| 29 | 23 | 31 | 13 | |
| 31 | 17 | 31 | 25 | |
| 32 | 6 | 32 | 8 | |
| 32 | 11 | 32 | 19 | |
| 32 | 23 | 33 | 2 | |
| 33 | 5 | 33 | 20 | |
| 33 | 21 | 34 | 13 | |
| 34 | 18 | 34 | 20 | |
| 34 | 24 | 36 | 9 | |
| 36 | 16 | 36 | 18 | |
| 37 | 21 | 38 | 20 | |
| 39 | 7 | 39 | 18 | 39:19-40:5 |
| 40 | 6 | 40 | 12 | |
| 40 | 23 | 41 | 7 | |
| 41 | 9 | 41 | 24 | |
| 42 | 5 | 42 | 19 | |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Deposition Designations with FTC Counter-Designations
**Maureen Cavanaugh (9/13/2016) (continued)**

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 44 | 11 | 44 | 21 | 44:22-44:23 |
| 44 | 24 | 44 | 25 | |
| 45 | 3 | 45 | 15 | 45:16-45:17 |
| 45 | 18 | 45 | 21 | |
| 45 | 23 | 46 | 4 | 46:5-46:6 |
| 46 | 7 | 46 | 18 | |
| 46 | 20 | 47 | 18 | 47:19-47:20 |
| 47 | 21 | 48 | 6 | |
| 48 | 8 | 48 | 20 | 48:21-48:22 |
| 48 | 23 | 50 | 6 | |
| 50 | 8 | 51 | 5 | |
| 51 | 7 | 51 | 10 | |
| 51 | 18 | 52 | 19 | 52:20 |
| 52 | 21 | 53 | 4 | |
| 53 | 20 | 54 | 16 | |
| 55 | 8 | 55 | 11 | |
| 55 | 15 | 55 | 17 | |
| 55 | 20 | 59 | 10 | |
| 61 | 3 | 62 | 21 | |
| 63 | 10 | 64 | 6 | |
| 64 | 10 | 64 | 12 | |
| 64 | 15 | 66 | 17 | |
| 66 | 24 | 68 | 12 | |
| 68 | 15 | 68 | 17 | |
| 68 | 20 | 69 | 19 | 69:20-69:21 |
| 69 | 21 | 70 | 7 | |
| 70 | 9 | 70 | 13 | 70:14-70:15 |
| 70 | 16 | 71 | 4 | |
| 71 | 6 | 71 | 13 | 71:14-71:15 |
| 71 | 16 | 71 | 17 | |
| 71 | 19 | 72 | 9 | |
| 72 | 20 | 73 | 19 | 73:20-73:21 |
| 73 | 22 | 74 | 10 | |
| 74 | 12 | 76 | 13 | 76:14-76:15 |
| 76 | 16 | 76 | 21 | |
| 76 | 23 | 77 | 18 | 77:19-77:20 |
| 77 | 21 | 78 | 6 | |
| 78 | 8 | 80 | 22 | 80:23-80:24 |
| 80 | 25 | 81 | 3 | |
| 81 | 5 | 82 | 4 | 82:5-82:6 |
| 82 | 7 | 82 | 9 | |

| **Start Page** | **Start Line** | **End Page** | **End Line** | **FTC's Counter-Designations** |
|---|---|---|---|---|
| 82 | 11 | 83 | 11 | |
| 83 | 15 | 84 | 23 | 84:24-84:25 |
| 85 | 2 | 85 | 3 | |
| 85 | 7 | 85 | 9 | |
| 85 | 12 | 87 | 21 | 87:22-87:23; 87:25-88:3 |
| 88 | 5 | 88 | 15 | 88:16-89:4 |
| 89 | 5 | 89 | 9 | 89:10-89:11 |
| 89 | 12 | 89 | 19 | |
| 89 | 21 | 91 | 8 | |
| 100 | 5 | 100 | 11 | |
| 100 | 13 | 100 | 20 | |
| 117 | 18 | 117 | 23 | |
| 119 | 4 | 119 | 7 | |
| 176 | 5 | 176 | 20 | |
| 177 | 11 | 177 | 13 | |
| 178 | 8 | 178 | 12 | |
| 178 | 15 | 179 | 12 | |
| 179 | 14 | 179 | 19 | |
| 179 | 21 | 180 | 5 | 180:7-180:10; 180:12 |
| 180 | 14 | 180 | 16 | |
| 180 | 19 | 181 | 11 | |
| 288 | 10 | 288 | 15 | 288:16-288:17 |
| 288 | 18 | 289 | 18 | |
| 289 | 20 | 290 | 11 | |
| 293 | 20 | 294 | 11 | 294:12-294:13 |
| 294 | 14 | 294 | 14 | |
| 298 | 21 | 299 | 5 | 299:6-299:7 |
| 299 | 8 | 299 | 14 | |
| 299 | 16 | 299 | 16 | 299:17-299:18 |
| 299 | 19 | 300 | 2 | |
| 300 | 4 | 300 | 11 | |
| 300 | 20 | 300 | 25 | |
| 305 | 2 | 305 | 6 | 305:7-305:8 |
| 305 | 9 | 305 | 22 | |
| 305 | 24 | 305 | 25 | 306:2-306:3 |
| 306 | 4 | 306 | 5 | |
| 306 | 7 | 306 | 9 | 306:10-306:11 |
| 306 | 12 | 306 | 13 | |
| 306 | 15 | 306 | 20 | 306:21-306:22 |
| 306 | 23 | 306 | 24 | 307:3-5; 307:8-20 |
| 310 | 20 | 310 | 23 | 310:24-310:25 |

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 311 | 2 | 311 | 8 | |
| 317 | 6 | 317 | 8 | 317:9-317:10 |
| 317 | 11 | 317 | 14 | |
| 319 | 18 | 319 | 20 | |
| 319 | 22 | 319 | 24 | |
| 320 | 3 | 320 | 20 | 320:21-320:22 |
| 320 | 24 | 321 | 6 | 321:7-321:8 |
| 321 | 10 | 321 | 14 | 321:15-321:16 |
| 321 | 17 | 321 | 19 | |
| 321 | 21 | 321 | 25 | 322:2-322:3 |
| 322 | 4 | 322 | 11 | |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Deposition Designations with FTC Counter-Designations
**Dr. Frances Hayes (5/9/2017)**

| **Start Page** | **Start Line** | **End Page** | **End Line** | **FTC's Counter-Designations** |
|---|---|---|---|---|
| 8 | 2 | 8 | 6 | |
| 8 | 20 | 9 | 1 | |
| 9 | 15 | 9 | 18 | 9:19-9:20 |
| 9 | 21 | 9 | 23 | |
| 9 | 25 | 10 | 4 | |
| 12 | 5 | 13 | 15 | |
| 13 | 19 | 14 | 5 | 14:6-14:7 |
| 14 | 9 | 14 | 13 | 14:14-14:15 |
| 14 | 16 | 14 | 20 | |
| 14 | 22 | 14 | 24 | |
| 15 | 3 | 15 | 6 | 15:7-15:8 |
| 15 | 9 | 15 | 13 | |
| 15 | 15 | 17 | 20[1] | 17:21-17:22 |
| 17 | 23 | 18 | 9 | 18:10-18:11 |
| 18 | 13 | 18 | 17 | 18:18-18:19 |
| 18 | 20 | 18 | 20 | |
| 18 | 22 | 20 | 15 | 20:16-20:17 |
| 20 | 18 | 21 | 10 | |
| 21 | 12 | 21 | 19 | 21:20-21:21 |
| 21 | 22 | 23 | 13 | |
| 23 | 17 | 24 | 12 | 24:13-24:14 |
| 24 | 15 | 24 | 20 | |
| 24 | 22 | 25 | 6 | 25:7-25:8 |
| 25 | 9 | 25 | 10 | |
| 25 | 12 | 25 | 25 | 26:1-26:3; 26:7-26:9 |
| 26 | 10 | 27 | 20 | |
| 27 | 22 | 28 | 17 | |
| 29 | 3 | 29 | 15 | |
| 30 | 7 | 30 | 11 | 29:21-30:3; 30:12 |
| 30 | 13 | 30 | 13 | |
| 30 | 15 | 30 | 21 | |
| 30 | 23 | 32 | 3 | 32:4-32:5 |
| 32 | 6 | 32 | 8 | |
| 32 | 10 | 35 | 6 | |
| 35 | 9 | 38 | 5 | 38:6-38:7 |
| 38 | 8 | 38 | 9 | |
| 38 | 11 | 38 | 19 | 38:20-38:21 |
| 38 | 22 | 39 | 1 | |
| 39 | 3 | 41 | 2 | 41:3-41:4 |
| 41 | 5 | 43 | 5 | |
| 43 | 7 | 43 | 12 | |

---

[1] This designation reflects the correction of a typographical error provided by Defendants on January 2, 2018. (Email from A. Lawton to P. Taylor dated Jan. 2, 2018).

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 43 | 14 | 44 | 15 | 44:16-44:17 |
| 44 | 18 | 45 | 3 | |
| 45 | 5 | 45 | 9 | 45:10 |
| 45 | 11 | 45 | 16 | |
| 45 | 18 | 45 | 20 | 45:21 |
| 45 | 22 | 45 | 22 | |
| 45 | 24 | 46 | 3 | 46:4-46:5 |
| 46 | 6 | 46 | 7 | |
| 46 | 9 | 47 | 10 | 47:11-48:9 |
| 48 | 10 | 48 | 18 | 48:19-48:20 |
| 48 | 21 | 48 | 23 | |
| 48 | 25 | 49 | 14 | |
| 51 | 1 | 52 | 2 | 52:3-52:4 |
| 52 | 5 | 52 | 8 | |
| 52 | 10 | 52 | 15 | 52:16-52:17 |
| 52 | 19 | 54 | 7 | 54:8-54:9 |
| 54 | 10 | 54 | 11 | 54:12-54:13 |
| 54 | 14 | 56 | 11 | 56:12-56:17 |
| 56 | 19 | 57 | 21 | 57:22-57:23 |
| 57 | 24 | 58 | 5 | 58:6-58:12 |
| 58 | 14 | 58 | 24 | 58:25-59:1 |
| 59 | 2 | 59 | 13 | |
| 59 | 15 | 59 | 18 | 59:19-59:20 |
| 59 | 21 | 59 | 21 | |
| 59 | 23 | 60 | 7 | 60:8-60:9 |
| 60 | 10 | 60 | 18 | 119:25-120:8 |
| 60 | 20 | 61 | 9 | 61:10-61:11 |
| 61 | 12 | 61 | 22 | |
| 61 | 24 | 62 | 1 | 62:2 |
| 62 | 3 | 62 | 3 | 119:25-120:8 |
| 62 | 5 | 62 | 7 | 62:8 |
| 62 | 9 | 62 | 12 | |
| 62 | 14 | 63 | 14 | 63:15-63:21 |
| 63 | 23 | 64 | 25 | 65:1-65:2 |
| 65 | 3 | 65 | 11 | |
| 65 | 13 | 66 | 4 | 66:5-66:6 |
| 66 | 7 | 66 | 10 | |
| 66 | 12 | 66 | 18 | 66:19-66:20 |
| 66 | 21 | 66 | 25 | |
| 67 | 2 | 67 | 25 | 68:1-68:2 |
| 68 | 3 | 68 | 6 | |
| 68 | 8 | 68 | 20 | 68:21-68:22 |

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 68 | 23 | 69 | 6 | 124:4-124:21 |
| 69 | 8 | 69 | 15 | |
| 69 | 18 | 69 | 19 | 69:20-69:21 |
| 69 | 22 | 70 | 1 | |
| 70 | 4 | 70 | 9 | |
| 70 | 11 | 70 | 17 | 70:18-70:19 |
| 70 | 20 | 71 | 1 | |
| 72 | 7 | 73 | 3 | 71:3-71:8; 71:11-71:18; 71:20-72:6 |
| 76 | 14 | 76 | 20 | |
| 76 | 22 | 78 | 15 | |
| 78 | 17 | 80 | 5 | 80:6-80:7 |
| 80 | 8 | 80 | 8 | |
| 80 | 11 | 80 | 16 | |
| 80 | 18 | 82 | 11 | |
| 82 | 18 | 84 | 10 | |
| 85 | 5 | 85 | 7 | |
| 85 | 19 | 88 | 4 | 88:6-88:11 |
| 88 | 12 | 89 | 24 | |
| 90 | 13 | 90 | 17 | 90:18-90:19 |
| 90 | 20 | 91 | 9 | |
| 91 | 25 | 92 | 13 | 92:14-92:20 |
| 92 | 21 | 93 | 1 | 93:2-93:3 |
| 93 | 4 | 93 | 7 | |
| 93 | 9 | 93 | 13 | 93:14-93:15 |
| 93 | 16 | 93 | 16 | |
| 97 | 1 | 97 | 4 | 97:5-97:6 |
| 97 | 7 | 97 | 20 | |
| 97 | 22 | 97 | 25 | |
| 98 | 3 | 98 | 18 | |
| 100 | 18 | 100 | 23 | |
| 101 | 13 | 101 | 18 | |
| 101 | 22 | 103 | 14 | 103:15-104:19 |
| 104 | 20 | 105 | 5 | 105:7-105:13 |
| 105 | 14 | 105 | 19 | |
| 105 | 22 | 106 | 4 | |
| 106 | 8 | 108 | 12 | |
| 109 | 8 | 110 | 4 | |
| 110 | 6 | 110 | 23 | 110:24-110:25 |
| 111 | 1 | 111 | 20 | |
| 111 | 23 | 112 | 1 | |
| 112 | 5 | 112 | 18 | 112:19-112:20 |
| 112 | 21 | 113 | 14 | |

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 113 | 16 | 114 | 4 | 114:5-114:6 |
| 114 | 7 | 114 | 12 | |
| 114 | 14 | 114 | 21 | |
| 114 | 24 | 114 | 24 | |
| 116 | 2 | 116 | 18 | |
| 116 | 21 | 116 | 22 | |
| 117 | 1 | 117 | 3 | 117:5-117:18 |
| 117 | 19 | 118 | 22 | 118:23-118:24 |
| 118 | 25 | 118 | 25 | |
| 125 | 4 | 126 | 21 | 126:22-127:6; 121:5-124:21 |
| 127 | 7 | 127 | 11 | 127:12-127:13 |
| 127 | 15 | 128 | 14 | |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Deposition Designations with FTC Counter-Designations
**Andrew Solomon (11/04/2016)**

| Start Page | Start Line | End Page | End Line | FTC's Counter-Designations |
|---|---|---|---|---|
| 10 | 5 | 10 | 15 | |
| 10 | 21 | 12 | 3 | |
| 12 | 19 | 13 | 21 | |
| 23 | 3 | 23 | 5 | |
| 35 | 12 | 35 | 19 | |
| 45 | 2 | 45 | 8 | |
| 68 | 20 | 68 | 21 | |
| 68 | 23 | 70 | 7 | |
| 74 | 8 | 75 | 11 | |
| 91 | 10 | 91 | 25 | |
| 92 | 7 | 93 | 1 | |
| 93 | 5 | 93 | 7 | |
| 94 | 1 | 95 | 13 | |
| 95 | 18 | 97 | 4 | |
| 98 | 6 | 98 | 12 | |
| 101 | 5 | 101 | 6 | |
| 101 | 8 | 101 | 18 | |
| 102 | 5 | 103 | 2 | |
| 106 | 21 | 107 | 15 | |
| 109 | 20 | 109 | 22 | |
| 109 | 25 | 110 | 9 | |
| 110 | 11 | 110 | 12 | |
| 110 | 15 | 111 | 4 | |
| 111 | 6 | 111 | 18 | |
| 113 | 11 | 113 | 15 | |
| 113 | 18 | 114 | 14 | |
| 116 | 6 | 118 | 8 | |
| 118 | 10 | 118 | 19 | |
| 118 | 21 | 119 | 6 | |
| 121 | 5 | 122 | 4 | |
| 123 | 10 | 127 | 13 | |
| 127 | 15 | 128 | 5 | 128:6 |
| 128 | 7 | 130 | 24 | |
| 131 | 5 | 132 | 4 | |
| 132 | 23 | 136 | 19 | |
| 136 | 21 | 140 | 14 | |
| 141 | 19 | 144 | 18 | |
| 145 | 15 | 148 | 2 | 148:3 |
| 148 | 4 | 148 | 4 | 195:21-196:2; 196:5-196:20 |
| 149 | 23 | 150 | 12 | |
| 150 | 20 | 150 | 23 | 150:24 |

| **Start Page** | **Start Line** | **End Page** | **End Line** | **FTC's Counter-Designations** |
|---|---|---|---|---|
| 150 | 25 | 151 | 2 | |
| 151 | 4 | 152 | 24 | 152:25 |
| 153 | 1 | 153 | 1 | |
| 153 | 3 | 159 | 10 | |
| 159 | 13 | 159 | 16 | 159:17-160:1 |
| 161 | 2 | 161 | 8 | 160:3-160:15 |
| 161 | 20 | 162 | 3 | |
| 162 | 7 | 166 | 7 | |
| 166 | 9 | 168 | 6 | |
| 168 | 8 | 168 | 22 | |
| 168 | 25 | 170 | 16 | |
| 170 | 18 | 171 | 13 | 191:4-191:19; 191:21-192:9; 192:14-192:21 |
| 172 | 2 | 172 | 20 | |
| 179 | 23 | 181 | 2 | |
| 181 | 19 | 182 | 8 | |
| 182 | 12 | 184 | 22 | |
| 185 | 8 | 185 | 9 | |
| 185 | 11 | 185 | 19 | |
| 185 | 22 | 185 | 23 | |
| 186 | 9 | 187 | 6 | |
| 187 | 8 | 188 | 18 | |
| 188 | 20 | 189 | 16 | 189:17 |
| 189 | 18 | 189 | 22 | |
| 190 | 5 | 190 | 23 | |
| 197 | 17 | 198 | 7 | 196:21-197:16 |
| 198 | 9 | 198 | 13 | 196:21-197:16 |
| 198 | 22 | 199 | 15 | |
| 202 | 7 | 202 | 11 | 202:12 |
| 202 | 13 | 202 | 18 | |
| 202 | 20 | 202 | 25 | |
| 203 | 10 | 204 | 12 | |

**Certificate of Service**

I hereby certify that on January 5, 2018, I caused Plaintiff Federal Trade Commission's Supplemental Pre-trial Memorandum to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. I certify that I also caused this filing to be served on all counsel of record via electronic mail.

*/s/ Patricia M. McDermott*
Patricia M. McDermott