## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION,

        Plaintiff,

   v.

ABBVIE INC. et al.,

        Defendants.

CIVIL ACTION

Case No. 14-cv-5151

### DEFENDANTS' SUPPLEMENTAL PRETRIAL MEMORANDUM

In accordance with paragraph 7 of the Sixth Scheduling Order (Dkt. 310), Defendants have attached their Supplemental List of Exhibits Used in Deposition Counter-Designations and counter-designations to FTC's deposition designations as Appendix A and Appendix B, respectively. Defendants reserve the right to offer any document identified on FTC's amended exhibit list.

In addition, Defendants note the following errata to the exhibit list and affirmative depositions designations provided in their pretrial memorandum:

(1)    Corrected production numbers for Defendants' Exhibit 217 are AGEL-PA-006-0552005 to AGEL-PA-006-0552033;

(2)    Corrected production numbers for Defendants' Exhibit 263 are Besins-EDPA-0008063 to Besins-EDPA-0008064; and

(3)    On the Solomon affirmative deposition designations, 10:5 should be 10:6-15, 121:24-25 should be omitted from 121:5-122:4, and 202:20-25 should be 202:20-203:9.

Dated: January 5, 2018

Respectfully submitted,

/s/ Stuart N. Senator
Jeffrey I. Weinberger
Stuart N. Senator
Randall G. Sommer
Adam R. Lawton
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
jeffrey.weinberger@mto.com
stuart.senator@mto.com
randall.sommer@mto.com
adam.lawton@mto.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals, LLC*

/s/ Melinda F. Levitt
Melinda F. Levitt
Gregory E. Neppl
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007

*Counsel for Defendant Besins Healthcare, Inc.*

Paul H. Saint-Antoine (ID #56224)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, and Besins Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on January 5, 2018, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

<u>/s/ Adam R. Lawton</u>

# **Appendix A**

FTC v. AbbVie Inc., No. 14-cv-5151

Supplemental List of Exhibits Used in Deposition Counter-Designations

| Trial Ex. No. | BegBates | EndBates | Date | Description | Also Referenced As |
|---|---|---|---|---|---|
| DX 294 | ABBOTT-FTC-00246685 | ABBOTT-FTC-00246690 | 10/10/2010 | Email and attachment regarding Product Profitability - Follow up files | IH GX 3 |
| DX 295 | ABBVIE-AGEL00342113 | ABBVIE-AGEL00342191 | 4/18/2011 | Presentation titled SMART Panel Findings for AndroGel | PX 253 |

## Appendix B

For the following witnesses, Defendants counter-designate the following deposition testimony
(including exhibits used or referenced therein):

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Maureen Cavanaugh 30(b)(6) (9/13/2016)**

| Start Page | Start Line | End Page | End Line | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|---|---|---|
| 107 | 8 | 107 | 17 | 241 | 17 | 242 | 6 |
| 108 | 22 | 109 | 2 | 260 | 5 | 260 | 5 |
| 109 | 5 | 109 | 10 | 260 | 7 | 260 | 19 |
| 117 | 4 | 117 | 7 | 260 | 21 | 261 | 8 |
| 117 | 9 | 117 | 16 | 261 | 25 | 262 | 16 |
| 127 | 25 | 128 | 16 | 283 | 14 | 284 | 6 |
| 129 | 24 | 130 | 2 | 284 | 9 | 285 | 4 |
| 130 | 5 | 130 | 9 | 285 | 6 | 285 | 11 |
| 130 | 11 | 130 | 14 | 285 | 15 | 285 | 20 |
| 130 | 16 | 130 | 21 | 285 | 23 | 286 | 6 |
| 132 | 25 | 133 | 4 | 286 | 8 | 286 | 10 |
| 133 | 6 | 133 | 11 | 286 | 13 | 286 | 19 |
| 135 | 6 | 135 | 10 | 286 | 21 | 286 | 25 |
| 135 | 14 | 136 | 2 | 287 | 4 | 288 | 9 |
| 137 | 4 | 137 | 6 | 290 | 12 | 290 | 14 |
| 137 | 9 | 137 | 17 | 290 | 17 | 291 | 2 |
| 137 | 19 | 137 | 22 | 291 | 14 | 291 | 25 |
| 137 | 25 | 138 | 9 | 292 | 2 | 293 | 2 |
| 140 | 11 | 140 | 14 | 293 | 5 | 293 | 7 |
| 140 | 16 | 141 | 20 | 293 | 9 | 293 | 11 |
| 149 | 3 | 149 | 5 | 293 | 14 | 293 | 18 |
| 149 | 7 | 149 | 18 | 294 | 16 | 294 | 22 |
| 150 | 3 | 150 | 4 | 294 | 25 | 295 | 10 |
| 150 | 7 | 150 | 7 | 295 | 12 | 296 | 5 |
| 150 | 9 | 150 | 15 | 296 | 10 | 296 | 17 |
| 161 | 16 | 163 | 5 | 296 | 20 | 296 | 21 |
| 163 | 8 | 163 | 10 | 297 | 4 | 297 | 10 |
| 182 | 8 | 182 | 20 | 297 | 13 | 297 | 19 |
| 191 | 10 | 191 | 14 | 298 | 14 | 298 | 15 |
| 201 | 21 | 201 | 24 | 298 | 17 | 298 | 19 |
| 202 | 3 | 202 | 25 | 301 | 2 | 301 | 5 |
| 219 | 18 | 220 | 10 | 301 | 8 | 301 | 13 |
| 220 | 12 | 220 | 20 | 301 | 15 | 301 | 22 |
| 223 | 23 | 226 | 2 | 301 | 25 | 303 | 3 |
| 235 | 22 | 235 | 24 | 303 | 6 | 303 | 7 |
| 236 | 2 | 236 | 7 | 303 | 9 | 303 | 11 |
| 240 | 19 | 240 | 22 | 303 | 14 | 303 | 22 |
| 240 | 24 | 241 | 6 | 303 | 24 | 304 | 2 |
| 241 | 8 | 241 | 15 | 304 | 5 | 304 | 25 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Maureen Cavanaugh 30(b)(6) (9/13/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 307 | 22 | 308 | 4 |
| 308 | 7 | 309 | 2 |
| 309 | 4 | 309 | 9 |
| 309 | 12 | 309 | 22 |
| 309 | 24 | 310 | 3 |
| 310 | 6 | 310 | 18 |
| 311 | 10 | 311 | 17 |
| 311 | 20 | 312 | 7 |
| 312 | 9 | 312 | 17 |
| 312 | 20 | 312 | 22 |
| 312 | 24 | 313 | 2 |
| 313 | 5 | 313 | 6 |
| 313 | 8 | 313 | 13 |
| 313 | 16 | 313 | 16 |
| 313 | 18 | 313 | 21 |
| 313 | 24 | 313 | 24 |
| 314 | 3 | 314 | 8 |
| 314 | 11 | 314 | 12 |
| 314 | 14 | 314 | 18 |
| 314 | 22 | 315 | 2 |
| 315 | 5 | 315 | 7 |
| 315 | 9 | 315 | 12 |
| 315 | 15 | 315 | 20 |
| 315 | 22 | 316 | 4 |
| 316 | 7 | 316 | 15 |
| 316 | 17 | 316 | 19 |
| 316 | 22 | 316 | 22 |
| 318 | 13 | 318 | 22 |
| 318 | 25 | 318 | 25 |
| 319 | 10 | 319 | 17 |
| 322 | 13 | 322 | 18 |
| 322 | 21 | 322 | 21 |
| 322 | 23 | 322 | 25 |
| 323 | 4 | 323 | 5 |
| 325 | 17 | 326 | 12 |
| 329 | 10 | 329 | 12 |
| 330 | 19 | 330 | 24 |
| 331 | 6 | 331 | 14 |
| 332 | 7 | 333 | 19 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 334 | 16 | 334 | 18 |
| 334 | 21 | 335 | 12 |
| 336 | 10 | 336 | 12 |
| 337 | 9 | 337 | 22 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd Volume 1 (11/02/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 25 | 19 | 25 | 20 |
| 25 | 23 | 25 | 25 |
| 30 | 17 | 30 | 24 |
| 31 | 17 | 32 | 9 |
| 32 | 18 | 33 | 5 |
| 33 | 19 | 34 | 14 |
| 35 | 16 | 35 | 19 |
| 36 | 16 | 37 | 17 |
| 37 | 25 | 38 | 19 |
| 39 | 12 | 39 | 17 |
| 40 | 20 | 40 | 21 |
| 40 | 23 | 41 | 1 |
| 41 | 17 | 42 | 6 |
| 42 | 8 | 42 | 16 |
| 43 | 11 | 43 | 22 |
| 44 | 15 | 45 | 11 |
| 49 | 10 | 49 | 18 |
| 49 | 21 | 49 | 24 |
| 53 | 2 | 53 | 10 |
| 57 | 16 | 58 | 3 |
| 79 | 17 | 80 | 2 |
| 80 | 19 | 80 | 22 |
| 83 | 8 | 83 | 24 |
| 86 | 8 | 86 | 9 |
| 86 | 14 | 86 | 23 |
| 90 | 16 | 90 | 18 |
| 91 | 18 | 92 | 12 |
| 93 | 7 | 94 | 1 |
| 98 | 6 | 98 | 10 |
| 102 | 22 | 103 | 4 |
| 106 | 15 | 106 | 15 |
| 106 | 19 | 106 | 20 |
| 111 | 8 | 111 | 22 |
| 114 | 9 | 114 | 12 |
| 114 | 15 | 114 | 23 |
| 117 | 24 | 118 | 1 |
| 119 | 20 | 119 | 23 |
| 119 | 25 | 120 | 4 |
| 120 | 19 | 121 | 5 |
| 121 | 8 | 121 | 10 |
| 124 | 19 | 125 | 9 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 126 | 1 | 126 | 1 |
| 126 | 4 | 126 | 14 |
| 126 | 21 | 127 | 8 |
| 127 | 14 | 127 | 18 |
| 127 | 23 | 128 | 7 |
| 129 | 5 | 129 | 9 |
| 129 | 13 | 130 | 1 |
| 130 | 3 | 130 | 12 |
| 132 | 1 | 132 | 2 |
| 132 | 12 | 132 | 22 |
| 134 | 9 | 134 | 11 |
| 134 | 22 | 134 | 23 |
| 136 | 1 | 136 | 11 |
| 137 | 18 | 137 | 20 |
| 137 | 24 | 138 | 1 |
| 138 | 17 | 138 | 18 |
| 142 | 15 | 142 | 15 |
| 142 | 18 | 143 | 2 |
| 143 | 4 | 143 | 5 |
| 143 | 8 | 143 | 11 |
| 143 | 13 | 144 | 1 |
| 145 | 7 | 145 | 10 |
| 161 | 6 | 161 | 9 |
| 161 | 13 | 161 | 17 |
| 163 | 2 | 163 | 3 |
| 163 | 12 | 163 | 13 |
| 163 | 22 | 163 | 24 |
| 164 | 5 | 164 | 10 |
| 164 | 19 | 164 | 21 |
| 164 | 25 | 164 | 25 |
| 165 | 2 | 165 | 3 |
| 165 | 20 | 165 | 23 |
| 167 | 20 | 167 | 22 |
| 168 | 3 | 168 | 4 |
| 168 | 6 | 168 | 6 |
| 168 | 8 | 168 | 9 |
| 168 | 12 | 168 | 12 |
| 168 | 24 | 169 | 3 |
| 169 | 13 | 169 | 17 |
| 173 | 16 | 173 | 25 |
| 177 | 12 | 177 | 14 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd Volume 1 (11/02/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 186 | 7 | 186 | 9 |
| 186 | 13 | 186 | 17 |
| 186 | 19 | 187 | 6 |
| 187 | 14 | 187 | 16 |
| 187 | 19 | 188 | 1 |
| 196 | 8 | 196 | 8 |
| 196 | 12 | 196 | 13 |
| 196 | 15 | 196 | 18 |
| 197 | 23 | 198 | 3 |
| 198 | 6 | 198 | 7 |
| 208 | 20 | 208 | 22 |
| 208 | 24 | 209 | 4 |
| 209 | 6 | 209 | 16 |
| 209 | 19 | 209 | 24 |
| 215 | 21 | 215 | 22 |
| 215 | 24 | 216 | 4 |
| 217 | 22 | 217 | 25 |
| 218 | 3 | 218 | 8 |
| 222 | 14 | 222 | 23 |
| 230 | 1 | 230 | 7 |
| 230 | 21 | 231 | 19 |
| 234 | 3 | 234 | 12 |
| 236 | 17 | 236 | 19 |
| 236 | 25 | 237 | 1 |
| 242 | 24 | 242 | 25 |
| 244 | 4 | 244 | 4 |
| 244 | 7 | 244 | 9 |
| 249 | 2 | 249 | 10 |
| 249 | 14 | 249 | 18 |
| 249 | 21 | 249 | 23 |
| 259 | 17 | 259 | 20 |
| 262 | 3 | 262 | 9 |
| 262 | 11 | 262 | 16 |
| 265 | 19 | 265 | 20 |
| 265 | 23 | 265 | 25 |
| 278 | 16 | 278 | 21 |
| 286 | 16 | 286 | 20 |
| 291 | 9 | 291 | 13 |
| 292 | 6 | 292 | 10 |
| 297 | 17 | 298 | 7 |
| 303 | 5 | 303 | 7 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 303 | 9 | 303 | 14 |
| 303 | 16 | 304 | 1 |
| 305 | 10 | 306 | 20 |
| 307 | 10 | 307 | 12 |
| 308 | 6 | 308 | 17 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd Volume 2 (11/03/2016)**

| Start Page | Start Line | End Page | End Line | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|---|---|---|
| 6 | 17 | 9 | 9 | 61 | 2 | 61 | 6 |
| 9 | 15 | 16 | 4 | 61 | 8 | 62 | 8 |
| 16 | 8 | 17 | 12 | 62 | 10 | 62 | 16 |
| 17 | 13 | 18 | 14 | 62 | 19 | 62 | 23 |
| 18 | 16 | 19 | 3 | 63 | 25 | 64 | 2 |
| 19 | 5 | 19 | 19 | 64 | 4 | 64 | 14 |
| 20 | 7 | 20 | 10 | 65 | 1 | 65 | 16 |
| 20 | 12 | 21 | 2 | 65 | 18 | 65 | 23 |
| 21 | 11 | 22 | 24 | 65 | 25 | 66 | 2 |
| 23 | 2 | 24 | 24 | 66 | 4 | 66 | 11 |
| 25 | 1 | 26 | 13 | 67 | 18 | 67 | 20 |
| 26 | 23 | 26 | 25 | 67 | 22 | 67 | 22 |
| 29 | 1 | 29 | 2 | 67 | 24 | 69 | 1 |
| 29 | 4 | 29 | 4 | 69 | 3 | 69 | 16 |
| 29 | 6 | 30 | 19 | 69 | 18 | 69 | 21 |
| 30 | 21 | 31 | 10 | 70 | 2 | 70 | 4 |
| 34 | 16 | 36 | 3 | 70 | 6 | 70 | 16 |
| 36 | 5 | 38 | 3 | 70 | 18 | 70 | 22 |
| 40 | 1 | 40 | 16 | 70 | 24 | 70 | 25 |
| 40 | 18 | 40 | 19 | 71 | 5 | 71 | 7 |
| 40 | 21 | 41 | 24 | 71 | 12 | 71 | 15 |
| 42 | 4 | 42 | 5 | 71 | 17 | 71 | 19 |
| 42 | 7 | 42 | 23 | 71 | 21 | 71 | 22 |
| 42 | 25 | 43 | 2 | 72 | 2 | 72 | 17 |
| 43 | 4 | 45 | 18 | 72 | 19 | 73 | 6 |
| 45 | 20 | 46 | 13 | 73 | 8 | 73 | 10 |
| 46 | 15 | 48 | 14 | 73 | 12 | 74 | 8 |
| 48 | 20 | 49 | 15 | 75 | 7 | 75 | 15 |
| 50 | 1 | 51 | 2 | 77 | 4 | 79 | 3 |
| 51 | 5 | 51 | 6 | 79 | 7 | 79 | 19 |
| 51 | 8 | 51 | 10 | 79 | 22 | 80 | 5 |
| 55 | 3 | 55 | 4 | 80 | 7 | 80 | 9 |
| 55 | 6 | 56 | 8 | 80 | 11 | 80 | 19 |
| 56 | 12 | 56 | 25 | 81 | 2 | 81 | 9 |
| 57 | 2 | 57 | 4 | 81 | 18 | 82 | 4 |
| 57 | 6 | 57 | 6 | 82 | 7 | 83 | 7 |
| 57 | 8 | 57 | 16 | 83 | 9 | 83 | 13 |
| 57 | 18 | 58 | 5 | 83 | 17 | 83 | 23 |
| 58 | 10 | 58 | 12 | 84 | 2 | 84 | 5 |
| 58 | 14 | 59 | 8 | 84 | 9 | 84 | 15 |
| 59 | 18 | 59 | 20 | 84 | 19 | 84 | 24 |
| 59 | 22 | 60 | 25 | 85 | 1 | 85 | 2 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd Volume 2 (11/03/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 85 | 4 | 85 | 9 |
| 85 | 11 | 85 | 22 |
| 85 | 24 | 86 | 5 |
| 86 | 8 | 86 | 11 |
| 86 | 13 | 86 | 24 |
| 87 | 2 | 87 | 5 |
| 87 | 8 | 87 | 14 |
| 87 | 16 | 87 | 18 |
| 87 | 20 | 88 | 14 |
| 88 | 20 | 88 | 22 |
| 88 | 25 | 89 | 20 |
| 90 | 6 | 90 | 10 |
| 90 | 12 | 90 | 14 |
| 107 | 6 | 107 | 15 |
| 107 | 22 | 108 | 8 |
| 110 | 10 | 110 | 16 |
| 120 | 4 | 120 | 6 |
| 120 | 10 | 121 | 5 |
| 121 | 7 | 121 | 10 |
| 121 | 13 | 122 | 2 |
| 125 | 7 | 125 | 17 |
| 125 | 20 | 125 | 22 |
| 125 | 24 | 126 | 7 |
| 127 | 8 | 127 | 16 |
| 129 | 17 | 129 | 25 |
| 130 | 3 | 130 | 7 |
| 131 | 13 | 131 | 14 |
| 131 | 16 | 132 | 15 |
| 132 | 17 | 132 | 19 |
| 132 | 22 | 133 | 2 |
| 134 | 19 | 134 | 20 |
| 134 | 23 | 135 | 1 |
| 135 | 9 | 135 | 24 |
| 136 | 16 | 136 | 24 |
| 139 | 2 | 139 | 5 |
| 141 | 14 | 141 | 17 |
| 141 | 25 | 142 | 18 |
| 142 | 21 | 142 | 25 |
| 145 | 12 | 145 | 20 |
| 162 | 6 | 162 | 15 |
| 171 | 17 | 171 | 19 |
| 171 | 22 | 171 | 24 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 172 | 2 | 172 | 4 |
| 172 | 6 | 172 | 16 |
| 175 | 14 | 175 | 16 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd 30(b)(6) Volume 1 (11/03/2016)**

| Start Page | Start Line | End Page | End Line |
| --- | --- | --- | --- |
| 21 | 17 | 21 | 21 |
| 22 | 8 | 22 | 16 |
| 22 | 24 | 23 | 13 |
| 25 | 20 | 26 | 8 |
| 26 | 9 | 27 | 20 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**James Hynd (30(b)(6) Volume 2 (11/04/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 78 | 15 | 79 | 1 |
| 79 | 25 | 80 | 2 |
| 80 | 6 | 80 | 14 |
| 81 | 25 | 82 | 6 |
| 82 | 13 | 83 | 8 |
| 83 | 12 | 83 | 13 |
| 83 | 15 | 83 | 17 |
| 83 | 20 | 83 | 20 |
| 83 | 22 | 84 | 4 |
| 96 | 15 | 96 | 17 |
| 96 | 22 | 97 | 1 |
| 97 | 3 | 97 | 7 |
| 97 | 10 | 97 | 13 |
| 97 | 15 | 97 | 16 |
| 97 | 18 | 97 | 20 |
| 120 | 6 | 120 | 7 |
| 120 | 9 | 120 | 10 |
| 120 | 12 | 120 | 16 |
| 131 | 1 | 131 | 4 |
| 143 | 9 | 143 | 12 |
| 143 | 24 | 144 | 1 |
| 144 | 12 | 144 | 18 |
| 146 | 21 | 146 | 22 |
| 150 | 6 | 150 | 10 |
| 150 | 14 | 150 | 19 |
| 161 | 9 | 161 | 17 |
| 227 | 3 | 227 | 5 |
| 227 | 9 | 227 | 9 |
| 227 | 11 | 227 | 14 |
| 227 | 17 | 227 | 22 |
| 247 | 13 | 247 | 14 |
| 247 | 18 | 247 | 20 |
| 248 | 16 | 248 | 18 |
| 248 | 25 | 248 | 25 |
| 272 | 9 | 272 | 10 |
| 272 | 13 | 272 | 15 |
| 273 | 6 | 273 | 8 |
| 277 | 23 | 277 | 25 |
| 278 | 3 | 278 | 9 |
| 278 | 11 | 278 | 13 |
| 278 | 16 | 279 | 6 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 286 | 1 | 286 | 20 |
| 292 | 4 | 292 | 7 |
| 292 | 12 | 292 | 18 |
| 293 | 19 | 293 | 22 |
| 294 | 2 | 294 | 5 |
| 294 | 10 | 294 | 11 |
| 294 | 13 | 294 | 15 |
| 298 | 20 | 298 | 21 |
| 314 | 14 | 314 | 17 |
| 321 | 17 | 321 | 17 |
| 321 | 21 | 322 | 7 |
| 330 | 21 | 330 | 22 |
| 331 | 2 | 331 | 3 |
| 342 | 24 | 343 | 7 |
| 357 | 6 | 358 | 6 |
| 380 | 12 | 380 | 13 |
| 380 | 23 | 381 | 9 |
| 381 | 11 | 381 | 13 |
| 381 | 16 | 381 | 20 |
| 382 | 13 | 382 | 17 |
| 382 | 19 | 383 | 6 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Frank Jaeger (9/21/2012)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 4 | 9 | 4 | 10 |
| 4 | 17 | 4 | 22 |
| 4 | 24 | 4 | 25 |
| 14 | 18 | 14 | 20 |
| 15 | 10 | 16 | 8 |
| 18 | 10 | 19 | 6 |
| 19 | 10 | 20 | 1 |
| 20 | 3 | 20 | 10 |
| 21 | 7 | 21 | 12 |
| 21 | 16 | 21 | 18 |
| 25 | 10 | 25 | 12 |
| 27 | 17 | 28 | 2 |
| 28 | 17 | 28 | 20 |
| 29 | 4 | 29 | 12 |
| 29 | 24 | 29 | 24 |
| 30 | 7 | 30 | 12 |
| 30 | 21 | 30 | 23 |
| 31 | 18 | 32 | 8 |
| 32 | 11 | 33 | 15 |
| 37 | 8 | 38 | 8 |
| 38 | 12 | 38 | 18 |
| 38 | 20 | 39 | 7 |
| 46 | 23 | 47 | 5 |
| 47 | 22 | 48 | 10 |
| 50 | 10 | 50 | 10 |
| 51 | 5 | 51 | 12 |
| 51 | 17 | 51 | 24 |
| 52 | 2 | 52 | 18 |
| 55 | 2 | 55 | 22 |
| 56 | 10 | 56 | 21 |
| 57 | 9 | 57 | 21 |
| 58 | 1 | 58 | 3 |
| 58 | 10 | 58 | 13 |
| 58 | 15 | 58 | 16 |
| 58 | 23 | 59 | 2 |
| 59 | 11 | 59 | 25 |
| 61 | 15 | 61 | 15 |
| 81 | 13 | 82 | 4 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 88 | 21 | 89 | 13 |
| 89 | 15 | 89 | 19 |
| 89 | 23 | 90 | 3 |
| 90 | 11 | 90 | 19 |
| 90 | 22 | 91 | 21 |
| 92 | 1 | 92 | 8 |
| 94 | 10 | 94 | 18 |
| 94 | 25 | 95 | 2 |
| 95 | 5 | 95 | 12 |
| 114 | 24 | 115 | 2 |
| 115 | 10 | 115 | 22 |
| 116 | 25 | 117 | 2 |
| 127 | 7 | 127 | 9 |
| 142 | 4 | 142 | 6 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Frank Jaeger 30(b)(6) 11/10/2016**

| Start Page | Start Line | End Page | End Line | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|---|---|---|
| 13 | 13 | 13 | 15 | 226 | 21 | 227 | 10 |
| 17 | 2 | 17 | 24 | 227 | 21 | 228 | 2 |
| 28 | 6 | 29 | 8 | 237 | 7 | 237 | 15 |
| 35 | 15 | 35 | 23 | 238 | 5 | 238 | 16 |
| 39 | 4 | 40 | 11 | 241 | 21 | 241 | 23 |
| 44 | 1 | 44 | 3 | 247 | 9 | 247 | 10 |
| 44 | 6 | 46 | 16 | 250 | 4 | 250 | 8 |
| 47 | 10 | 47 | 22 | 250 | 11 | 250 | 12 |
| 48 | 18 | 48 | 22 | 253 | 20 | 253 | 21 |
| 50 | 6 | 50 | 8 | 255 | 23 | 256 | 5 |
| 50 | 11 | 50 | 14 | 267 | 20 | 268 | 3 |
| 53 | 5 | 53 | 9 | 268 | 20 | 269 | 1 |
| 53 | 13 | 53 | 20 | 269 | 3 | 269 | 6 |
| 56 | 17 | 56 | 20 | 269 | 9 | 269 | 13 |
| 56 | 23 | 57 | 1 | 269 | 16 | 270 | 10 |
| 60 | 13 | 60 | 14 | 270 | 13 | 271 | 4 |
| 60 | 20 | 61 | 4 | 271 | 7 | 271 | 15 |
| 62 | 1 | 62 | 2 | 271 | 17 | 272 | 7 |
| 68 | 1 | 68 | 11 | 272 | 11 | 272 | 14 |
| 69 | 4 | 69 | 15 | 272 | 18 | 272 | 18 |
| 71 | 3 | 71 | 9 | 272 | 23 | 272 | 24 |
| 75 | 23 | 76 | 22 | 273 | 7 | 274 | 12 |
| 76 | 25 | 77 | 14 | 274 | 14 | 274 | 19 |
| 80 | 10 | 80 | 16 | 274 | 21 | 275 | 7 |
| 83 | 9 | 83 | 11 | 275 | 15 | 276 | 13 |
| 89 | 9 | 89 | 11 | 276 | 16 | 277 | 16 |
| 108 | 6 | 108 | 9 | 277 | 19 | 278 | 3 |
| 135 | 2 | 135 | 5 | 278 | 6 | 279 | 1 |
| 136 | 13 | 136 | 19 | 279 | 4 | 279 | 22 |
| 137 | 5 | 137 | 13 | 279 | 24 | 280 | 7 |
| 138 | 23 | 139 | 8 | 280 | 9 | 282 | 5 |
| 180 | 22 | 181 | 2 | 282 | 8 | 282 | 12 |
| 189 | 13 | 189 | 15 | 282 | 16 | 282 | 18 |
| 190 | 4 | 190 | 5 | 282 | 21 | 283 | 1 |
| 210 | 10 | 211 | 8 | 283 | 3 | 283 | 17 |
| 212 | 6 | 212 | 8 | 283 | 20 | 283 | 25 |
| 225 | 6 | 226 | 14 | 284 | 3 | 284 | 6 |
| 226 | 17 | 226 | 19 | 284 | 8 | 285 | 10 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Frank Jaeger 30(b)(6) 11/10/2016 (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 285 | 13 | 286 | 9 |
| 286 | 12 | 286 | 17 |
| 286 | 19 | 287 | 2 |
| 287 | 4 | 288 | 12 |
| 288 | 15 | 289 | 1 |
| 289 | 3 | 291 | 3 |
| 291 | 5 | 291 | 15 |
| 291 | 18 | 292 | 17 |
| 292 | 19 | 293 | 25 |
| 294 | 2 | 295 | 10 |
| 295 | 13 | 296 | 2 |
| 296 | 4 | 297 | 12 |
| 297 | 17 | 298 | 7 |
| 298 | 17 | 299 | 14 |
| 299 | 16 | 299 | 16 |
| 299 | 18 | 300 | 10 |
| 300 | 13 | 301 | 6 |
| 307 | 5 | 308 | 1 |
| 310 | 16 | 311 | 11 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Murray Kay (10/21/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 25 | 1 | 26 | 2 |
| 26 | 9 | 26 | 10 |
| 26 | 15 | 26 | 15 |
| 60 | 18 | 60 | 19 |
| 60 | 21 | 61 | 5 |
| 106 | 8 | 107 | 1 |
| 107 | 7 | 107 | 7 |
| 107 | 11 | 107 | 13 |
| 107 | 17 | 107 | 23 |
| 107 | 25 | 108 | 2 |
| 118 | 20 | 118 | 21 |
| 118 | 23 | 119 | 15 |
| 126 | 25 | 127 | 2 |
| 127 | 5 | 127 | 16 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Thomas MacAllister (10/25/2016)**

| Start Page | Start Line | End Page | End Line | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|---|---|---|
| 9 | 3 | 9 | 4 | 51 | 16 | 51 | 18 |
| 12 | 17 | 12 | 18 | 51 | 20 | 51 | 20 |
| 13 | 5 | 13 | 7 | 56 | 10 | 56 | 11 |
| 17 | 19 | 17 | 24 | 56 | 13 | 56 | 14 |
| 18 | 2 | 18 | 22 | 57 | 1 | 57 | 6 |
| 18 | 24 | 19 | 7 | 57 | 8 | 57 | 9 |
| 25 | 14 | 25 | 15 | 57 | 23 | 58 | 10 |
| 27 | 19 | 27 | 21 | 58 | 12 | 58 | 12 |
| 28 | 1 | 28 | 4 | 59 | 1 | 59 | 4 |
| 28 | 6 | 28 | 20 | 59 | 6 | 59 | 7 |
| 28 | 22 | 28 | 25 | 59 | 9 | 59 | 11 |
| 29 | 16 | 29 | 18 | 59 | 17 | 59 | 19 |
| 35 | 9 | 35 | 14 | 73 | 17 | 73 | 24 |
| 35 | 18 | 35 | 18 | 74 | 1 | 74 | 4 |
| 35 | 25 | 36 | 2 | 74 | 6 | 74 | 8 |
| 38 | 7 | 38 | 9 | 75 | 14 | 75 | 16 |
| 38 | 11 | 38 | 12 | 75 | 18 | 75 | 19 |
| 38 | 14 | 38 | 17 | 75 | 21 | 75 | 22 |
| 38 | 19 | 38 | 19 | 75 | 24 | 75 | 24 |
| 39 | 13 | 39 | 15 | 79 | 8 | 79 | 11 |
| 39 | 17 | 39 | 17 | 85 | 11 | 85 | 13 |
| 39 | 19 | 39 | 20 | 85 | 15 | 85 | 15 |
| 39 | 22 | 39 | 22 | 85 | 17 | 85 | 24 |
| 39 | 24 | 40 | 1 | 86 | 10 | 86 | 13 |
| 40 | 4 | 40 | 5 | 93 | 4 | 93 | 18 |
| 40 | 7 | 40 | 11 | 93 | 22 | 93 | 22 |
| 46 | 17 | 47 | 2 | 95 | 15 | 95 | 15 |
| 47 | 23 | 47 | 25 | 95 | 17 | 95 | 19 |
| 48 | 9 | 48 | 10 | 96 | 8 | 96 | 10 |
| 48 | 12 | 48 | 12 | 96 | 15 | 96 | 15 |
| 48 | 14 | 48 | 19 | 104 | 1 | 104 | 5 |
| 48 | 21 | 48 | 22 | 104 | 7 | 104 | 8 |
| 49 | 13 | 49 | 20 | 113 | 22 | 113 | 22 |
| 49 | 22 | 49 | 22 | 113 | 24 | 114 | 1 |
| 50 | 11 | 50 | 12 | 114 | 4 | 114 | 6 |
| 50 | 15 | 50 | 20 | 114 | 8 | 114 | 13 |
| 50 | 22 | 50 | 22 | 114 | 15 | 114 | 16 |
| 51 | 8 | 51 | 9 | 116 | 24 | 117 | 7 |
| 51 | 12 | 51 | 14 | 117 | 12 | 117 | 13 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Thomas MacAllister (10/25/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 119 | 5 | 119 | 6 |
| 119 | 8 | 119 | 11 |
| 119 | 20 | 119 | 24 |
| 120 | 4 | 120 | 7 |
| 120 | 11 | 120 | 11 |
| 120 | 18 | 120 | 20 |
| 121 | 3 | 121 | 4 |
| 121 | 6 | 121 | 16 |
| 126 | 9 | 126 | 9 |
| 126 | 11 | 126 | 12 |
| 130 | 1 | 130 | 4 |
| 130 | 6 | 130 | 6 |
| 132 | 4 | 132 | 11 |
| 133 | 2 | 133 | 14 |
| 135 | 13 | 135 | 16 |
| 135 | 19 | 135 | 20 |
| 135 | 22 | 135 | 25 |
| 139 | 25 | 140 | 5 |
| 148 | 11 | 148 | 24 |
| 149 | 1 | 149 | 5 |
| 149 | 11 | 149 | 12 |
| 150 | 16 | 150 | 18 |
| 150 | 23 | 150 | 25 |
| 152 | 5 | 152 | 8 |
| 154 | 15 | 154 | 16 |
| 154 | 19 | 154 | 20 |
| 155 | 5 | 155 | 8 |
| 155 | 10 | 155 | 10 |
| 157 | 17 | 157 | 17 |
| 157 | 19 | 157 | 25 |
| 158 | 3 | 158 | 5 |
| 159 | 15 | 159 | 17 |
| 160 | 15 | 160 | 16 |
| 160 | 18 | 160 | 23 |
| 161 | 6 | 161 | 8 |
| 161 | 10 | 161 | 11 |
| 162 | 7 | 162 | 9 |
| 162 | 11 | 162 | 12 |
| 169 | 10 | 169 | 12 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 169 | 14 | 169 | 15 |
| 174 | 5 | 174 | 25 |
| 175 | 2 | 175 | 10 |
| 175 | 12 | 175 | 22 |
| 176 | 22 | 176 | 23 |
| 177 | 1 | 177 | 6 |
| 177 | 8 | 177 | 10 |
| 181 | 16 | 181 | 18 |
| 182 | 21 | 183 | 16 |
| 186 | 19 | 186 | 22 |
| 187 | 12 | 187 | 20 |
| 226 | 20 | 227 | 7 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Joseph A. Mahoney (10/20/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 32 | 16 | 32 | 17 |
| 41 | 10 | 41 | 18 |
| 45 | 17 | 45 | 24 |
| 63 | 16 | 63 | 24 |
| 78 | 21 | 79 | 3 |
| 79 | 12 | 79 | 15 |
| 79 | 17 | 80 | 14 |
| 80 | 17 | 81 | 9 |
| 81 | 25 | 82 | 4 |
| 88 | 17 | 88 | 20 |
| 89 | 1 | 89 | 11 |
| 90 | 2 | 90 | 5 |
| 91 | 1 | 91 | 7 |
| 93 | 5 | 93 | 9 |
| 93 | 13 | 94 | 13 |
| 95 | 3 | 95 | 15 |
| 97 | 1 | 97 | 12 |
| 98 | 3 | 100 | 14 |
| 100 | 25 | 101 | 12 |
| 101 | 25 | 102 | 4 |
| 102 | 6 | 102 | 8 |
| 106 | 3 | 106 | 23 |
| 124 | 15 | 124 | 24 |
| 129 | 11 | 129 | 14 |
| 129 | 19 | 130 | 15 |
| 132 | 1 | 132 | 14 |
| 146 | 4 | 146 | 12 |
| 148 | 25 | 150 | 4 |
| 155 | 17 | 155 | 20 |
| 159 | 5 | 159 | 8 |
| 160 | 23 | 161 | 14 |
| 162 | 11 | 162 | 14 |
| 162 | 19 | 163 | 4 |
| 170 | 21 | 171 | 4 |
| 171 | 6 | 171 | 7 |
| 179 | 5 | 179 | 8 |
| 179 | 10 | 179 | 10 |
| 185 | 17 | 186 | 13 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 186 | 18 | 187 | 15 |
| 187 | 17 | 189 | 15 |
| 189 | 18 | 190 | 4 |
| 190 | 6 | 190 | 13 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Perry Siatis (3/14/2013)**

| Start Page | Start Line | End Page | End Line |
|:----------:|:----------:|:--------:|:--------:|
| 19 | 6 | 19 | 15 |
| 19 | 22 | 20 | 11 |
| 21 | 7 | 25 | 8 |
| 26 | 9 | 26 | 21 |
| 29 | 22 | 30 | 18 |
| 30 | 23 | 32 | 11 |
| 38 | 1 | 38 | 4 |
| 40 | 7 | 40 | 13 |
| 43 | 22 | 45 | 11 |
| 46 | 12 | 47 | 3 |
| 47 | 11 | 47 | 19 |
| 47 | 24 | 48 | 3 |
| 48 | 7 | 48 | 15 |
| 48 | 19 | 49 | 21 |
| 54 | 14 | 55 | 14 |
| 56 | 17 | 58 | 12 |
| 58 | 19 | 58 | 22 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Andrew Solomon (11/04/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 21 | 21 | 21 | 25 |
| 59 | 2 | 59 | 7 |
| 59 | 9 | 59 | 18 |
| 60 | 22 | 62 | 21 |
| 62 | 23 | 63 | 9 |
| 72 | 2 | 72 | 8 |
| 72 | 11 | 72 | 25 |
| 79 | 6 | 79 | 13 |
| 81 | 23 | 82 | 6 |
| 90 | 14 | 91 | 1 |
| 105 | 10 | 105 | 12 |
| 120 | 13 | 121 | 4 |
| 160 | 16 | 160 | 22 |
| 179 | 14 | 179 | 22 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Jeffrey Stewart (11/15/2016)**

| Start Page | Start Line | End Page | End Line | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|---|---|---|
| 9 | 15 | 9 | 20 | 109 | 24 | 110 | 1 |
| 9 | 24 | 9 | 25 | 110 | 4 | 110 | 4 |
| 13 | 18 | 14 | 3 | 110 | 6 | 110 | 8 |
| 14 | 19 | 15 | 16 | 111 | 1 | 111 | 11 |
| 23 | 11 | 23 | 14 | 112 | 12 | 112 | 20 |
| 23 | 17 | 23 | 20 | 113 | 3 | 113 | 4 |
| 25 | 8 | 25 | 17 | 113 | 7 | 113 | 8 |
| 29 | 5 | 29 | 7 | 119 | 9 | 119 | 19 |
| 29 | 10 | 29 | 14 | 122 | 6 | 122 | 15 |
| 29 | 16 | 29 | 17 | 128 | 21 | 128 | 25 |
| 29 | 20 | 30 | 1 | 133 | 1 | 133 | 1 |
| 30 | 6 | 30 | 7 | 133 | 4 | 133 | 4 |
| 30 | 10 | 30 | 12 | 133 | 6 | 133 | 23 |
| 35 | 20 | 36 | 5 | 136 | 21 | 136 | 23 |
| 38 | 16 | 38 | 24 | 137 | 17 | 137 | 19 |
| 39 | 2 | 39 | 2 | 138 | 2 | 138 | 8 |
| 39 | 4 | 39 | 4 | 138 | 11 | 138 | 13 |
| 39 | 7 | 39 | 9 | 138 | 15 | 138 | 18 |
| 39 | 13 | 40 | 13 | 139 | 2 | 139 | 23 |
| 40 | 25 | 41 | 21 | 141 | 24 | 142 | 3 |
| 42 | 7 | 42 | 21 | 142 | 19 | 142 | 21 |
| 51 | 24 | 52 | 1 | 144 | 1 | 144 | 3 |
| 52 | 4 | 52 | 6 | 144 | 13 | 144 | 18 |
| 53 | 20 | 53 | 23 | 145 | 21 | 145 | 24 |
| 59 | 16 | 60 | 9 | 173 | 20 | 173 | 24 |
| 66 | 15 | 66 | 18 | 174 | 2 | 174 | 16 |
| 68 | 1 | 68 | 3 | 174 | 18 | 174 | 20 |
| 68 | 6 | 68 | 14 | 174 | 22 | 174 | 24 |
| 71 | 5 | 71 | 10 | 175 | 1 | 175 | 4 |
| 71 | 14 | 72 | 9 | 175 | 6 | 175 | 17 |
| 78 | 5 | 79 | 18 | 177 | 23 | 177 | 25 |
| 93 | 20 | 94 | 2 | 178 | 3 | 178 | 7 |
| 97 | 17 | 97 | 19 | 180 | 8 | 180 | 24 |
| 97 | 23 | 97 | 23 | 182 | 2 | 182 | 11 |
| 100 | 14 | 100 | 16 | 183 | 18 | 184 | 4 |
| 100 | 24 | 100 | 24 | 191 | 22 | 191 | 24 |
| 106 | 23 | 106 | 24 | 192 | 1 | 192 | 13 |
| 107 | 2 | 107 | 2 | 192 | 15 | 192 | 16 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Jeffrey Stewart (11/15/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 192 | 18 | 193 | 13 |
| 193 | 25 | 194 | 16 |
| 205 | 4 | 205 | 15 |
| 208 | 20 | 209 | 15 |
| 210 | 9 | 210 | 12 |
| 216 | 17 | 216 | 20 |
| 217 | 17 | 218 | 2 |
| 218 | 9 | 218 | 12 |
| 223 | 9 | 224 | 4 |
| 226 | 24 | 226 | 25 |
| 227 | 3 | 227 | 4 |
| 229 | 1 | 229 | 14 |
| 238 | 13 | 238 | 23 |
| 239 | 7 | 239 | 24 |
| 244 | 5 | 244 | 7 |
| 245 | 20 | 245 | 24 |
| 246 | 8 | 246 | 10 |
| 248 | 16 | 249 | 14 |
| 249 | 17 | 250 | 6 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Marianne Sutcliffe (11/08/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 15 | 12 | 15 | 22 |
| 16 | 17 | 16 | 19 |
| 16 | 21 | 17 | 3 |
| 17 | 5 | 17 | 5 |
| 17 | 7 | 17 | 8 |
| 17 | 10 | 18 | 3 |
| 22 | 9 | 22 | 22 |
| 23 | 21 | 23 | 23 |
| 23 | 25 | 24 | 5 |
| 24 | 25 | 25 | 5 |
| 25 | 17 | 27 | 20 |
| 30 | 10 | 31 | 5 |
| 31 | 8 | 31 | 15 |
| 36 | 21 | 36 | 23 |
| 37 | 1 | 37 | 7 |
| 37 | 9 | 37 | 10 |
| 37 | 12 | 37 | 18 |
| 37 | 20 | 38 | 1 |
| 38 | 8 | 38 | 17 |
| 38 | 20 | 39 | 22 |
| 39 | 25 | 41 | 19 |
| 41 | 21 | 42 | 1 |
| 42 | 3 | 42 | 12 |
| 42 | 17 | 42 | 19 |
| 42 | 21 | 43 | 5 |
| 45 | 11 | 45 | 12 |
| 54 | 19 | 54 | 21 |
| 59 | 12 | 59 | 20 |
| 63 | 23 | 63 | 24 |
| 64 | 3 | 64 | 6 |
| 64 | 12 | 65 | 2 |
| 65 | 5 | 65 | 13 |
| 93 | 7 | 93 | 9 |
| 93 | 12 | 93 | 22 |
| 95 | 6 | 95 | 13 |
| 95 | 15 | 96 | 3 |
| 121 | 6 | 121 | 11 |
| 122 | 15 | 123 | 10 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 127 | 14 | 127 | 16 |
| 127 | 19 | 127 | 24 |
| 139 | 16 | 140 | 2 |
| 140 | 18 | 140 | 19 |
| 140 | 21 | 140 | 24 |
| 141 | 1 | 141 | 23 |
| 149 | 22 | 151 | 17 |
| 151 | 19 | 152 | 2 |
| 167 | 25 | 168 | 1 |
| 168 | 4 | 168 | 6 |
| 168 | 8 | 168 | 9 |
| 168 | 12 | 168 | 23 |
| 168 | 25 | 169 | 2 |
| 169 | 5 | 169 | 23 |
| 173 | 6 | 173 | 7 |
| 173 | 10 | 173 | 16 |
| 199 | 19 | 200 | 2 |
| 200 | 5 | 200 | 14 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Lisa Wortsmann (10/07/2016)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 30 | 11 | 30 | 14 |
| 30 | 17 | 31 | 1 |
| 33 | 22 | 35 | 2 |
| 35 | 5 | 35 | 5 |
| 67 | 11 | 67 | 18 |
| 67 | 20 | 67 | 21 |
| 67 | 23 | 68 | 9 |
| 68 | 11 | 69 | 12 |
| 83 | 10 | 83 | 23 |
| 98 | 4 | 98 | 14 |
| 98 | 17 | 98 | 19 |
| 98 | 21 | 100 | 18 |
| 101 | 18 | 101 | 21 |
| 102 | 4 | 103 | 21 |
| 103 | 23 | 104 | 3 |
| 105 | 2 | 105 | 21 |
| 107 | 9 | 108 | 6 |
| 108 | 8 | 108 | 11 |
| 108 | 13 | 108 | 15 |
| 108 | 18 | 109 | 1 |
| 112 | 22 | 112 | 25 |
| 113 | 3 | 113 | 6 |
| 114 | 4 | 114 | 6 |
| 114 | 9 | 114 | 12 |
| 137 | 23 | 138 | 19 |
| 146 | 17 | 147 | 2 |
| 152 | 25 | 153 | 9 |
| 153 | 12 | 153 | 18 |
| 177 | 13 | 178 | 10 |
| 204 | 10 | 204 | 13 |
| 204 | 16 | 204 | 21 |
| 204 | 25 | 205 | 2 |
| 205 | 6 | 205 | 15 |
| 212 | 3 | 212 | 9 |
| 212 | 12 | 212 | 24 |
| 213 | 2 | 213 | 9 |
| 213 | 12 | 214 | 6 |
| 214 | 8 | 214 | 17 |

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 215 | 15 | 215 | 21 |
| 215 | 24 | 216 | 15 |
| 216 | 17 | 216 | 18 |
| 216 | 22 | 216 | 23 |
| 223 | 3 | 223 | 14 |
| 239 | 20 | 241 | 4 |
| 241 | 7 | 241 | 13 |
| 241 | 15 | 242 | 4 |
| 242 | 6 | 242 | 8 |
| 242 | 10 | 242 | 18 |
| 258 | 17 | 259 | 7 |
| 259 | 9 | 260 | 2 |
| 260 | 5 | 261 | 3 |
| 261 | 5 | 261 | 13 |
| 271 | 6 | 272 | 20 |
| 272 | 23 | 272 | 24 |
| 273 | 2 | 273 | 6 |
| 273 | 16 | 273 | 17 |
| 273 | 19 | 273 | 25 |
| 274 | 5 | 274 | 9 |
| 274 | 12 | 274 | 13 |
| 275 | 3 | 275 | 5 |
| 275 | 8 | 275 | 12 |
| 276 | 1 | 276 | 4 |
| 276 | 7 | 276 | 8 |
| 276 | 10 | 276 | 13 |
| 276 | 16 | 276 | 20 |
| 276 | 22 | 276 | 22 |
| 277 | 1 | 277 | 4 |
| 277 | 7 | 277 | 13 |
| 277 | 15 | 277 | 20 |
| 277 | 23 | 277 | 24 |
| 278 | 2 | 278 | 7 |
| 278 | 11 | 278 | 11 |
| 278 | 13 | 278 | 18 |
| 278 | 21 | 278 | 21 |
| 278 | 23 | 279 | 3 |
| 279 | 6 | 279 | 6 |

*FTC v. AbbVie*, E.D. Pa. No. 14-cv-5151-HB
Defendants' Counter Deposition Designations
**Lisa Wortsmann (10/07/2016) (continued)**

| Start Page | Start Line | End Page | End Line |
|---|---|---|---|
| 279 | 8 | 279 | 13 |
| 279 | 16 | 279 | 25 |
| 280 | 3 | 280 | 6 |
| 280 | 9 | 280 | 13 |
| 280 | 15 | 280 | 23 |
| 281 | 1 | 281 | 1 |
| 281 | 3 | 281 | 3 |
| 281 | 5 | 281 | 11 |
| 281 | 14 | 281 | 21 |
| 281 | 23 | 282 | 6 |