IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| v. | : | |
| ABBVIE, INC., et al. | : | NO. 14-5151 |

ORDER

AND NOW, this 29th day of June, 2018, the court having filed its Findings of Fact and Conclusions of Law, it is hereby ORDERED that:

(1) the parties shall submit to the court, on or before July 13, 2018, a proposed joint form of judgment and if the parties cannot agree, each party shall submit a proposed form of judgment by that date; and

(2) a conference with counsel for the parties concerning the form of judgment to be entered shall take place in chambers on Tuesday, July 17, 2018 at 10:30 a.m.

BY THE COURT:

/s/ Harvey Bartle III
J.