# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 14-cv-5151 |
| v. | |
| ABBVIE INC. et al., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Besins Healthcare, Inc. appeals to the United States Court of Appeals for the Third Circuit from the district court's Memorandum and its Order, both dated September 15, 2017 (ECF Nos. 300 and 301); the district court's Order, dated June 28, 2018 (ECF No. 438); the district court's Findings of Fact and Conclusions of Law dated June 29, 2018 (ECF No. 439); and the district court's Judgment dated July 18, 2018 (ECF No. 448), as well as all orders, rulings, findings, decisions, opinions, stipulations, and conclusions entered in this action and related thereto.

| | |
|---|---|
| Dated: August 7, 2018 | Respectfully submitted, |
| | /s/ *Paul H. Saint-Antoine* |
| | Paul H. Saint-Antoine (ID #56224) |
| | DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2000 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | paul.saint-antoine@dbr.com |
| | |
| | *Counsel for Besins Healthcare, Inc.* |

1

2

<u>/s/ *Melinda F. Levitt*</u>
Gregory E. Neppl (*pro hac vice*)
Melinda F. Levitt  (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
mlevitt@foley.com

*Counsel for Besins Healthcare, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify that, on August 7, 2018, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

/s/ *Paul H. Saint-Antoine*
Paul H. Saint-Antoine