# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | Case Number: 2:14-CV-5151-HB |
| **ABBVIE INC., et al.,** | |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Thomas D. Mays as counsel on behalf of the Federal Trade Commission in the above-captioned matter.

Dated: March 18, 2019

Respectfully submitted,

*/s/ Thomas D. Mays*
Thomas D. Mays
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3751
tmays@ftc.gov

## Certificate of Service

I hereby certify that on March 18, 2019, I caused the foregoing Withdrawal of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for reviewing and downloading.

*/s/ Thomas D. Mays*
Thomas D. Mays