UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2621

_____

FEDERAL TRADE COMMISSION,
Appellant

v.

ABBVIE INC.; ABBOTT LABORATORIES; UNIMED PHARMACEUTICALS, LLC;
BESINS HEALTHCARE, INC.; *TEVA PHARMACEUTICALS USA, INC.

(*Dismissed Pursuant to Court's 3/12/19 Order.)

_____

No. 18-2748

_____

FEDERAL TRADE COMMISSION

v.

ABBVIE INC.; ABBOTT LABORATORIES; UNIMED PHARMACEUTICALS, LLC;
BESINS HEALTHCARE, INC.; *TEVA PHARMACEUTICALS USA, INC.

Abbvie Inc.; Abbott Laboratories; Unimed Pharmaceuticals, LLC,
Appellants

(*Dismissed Pursuant to Court's 3/12/19 Order.)

_____

No. 18-2758

_____

FEDERAL TRADE COMMISSION

v.

ABBVIE INC.; ABBOTT LABORATORIES; UNIMED PHARMACEUTICALS, LLC; BESINS HEALTHCARE, INC.; *TEVA PHARMACEUTICALS USA, INC.

Besins Healthcare, Inc.,
Appellant

(*Dismissed Pursuant to Court's 3/12/19 Order.)

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-14-cv-05151)
District Judge: Honorable Harvey Bartle, III

Argued on January 15, 2020

Before: HARDIMAN, PORTER, and PHIPPS, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 15, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the order of the United States District Court for the Eastern District of Pennsylvania entered on May 6, 2015 is hereby reversed and the judgment entered on July 18, 2018 is hereby AFFIRMED in part, REVERSED in part, VACATED in part and the matter REMANDED to the District Court. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 30, 2020

Certified as a true copy and issued in lieu of a formal mandate on December 14, 2020

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**